UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KELLY MCLEAN,                          :

                        Plaintiff,     :          26-CV-4468 (SHS) (RWL)

                                       :

        - against -                    :

                                       :          **ORDER**

DANSKO, LLC,                           :

                                       :

                        Defendant.     :

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Clerk of Court is respectfully directed to strike the memo endorsement at Dkt.

9.  Although counsel's letter was directed to me, the case has not been referred.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: June 23, 2026
       New York, New York

Copies transmitted this date to all counsel of record.